# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Philip A. Brimmer

Civil Action No. 09-cv-01045-PAB-CBS

OLGA LEDEZMA,

    Plaintiff,

v.

JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security, and MICHAEL AYTES, Acting Director, U.S. Citizenship and Immigration Services,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    In their second motion to dismiss [Docket No. 29], filed on December 24, 2009, defendants have indicated that they wish to withdraw their first motion to dismiss [Docket No. 13].  Therefore, it is

    **ORDERED** that defendants' motion to dismiss [Docket No. 13] is withdrawn and the Clerk of the Court shall terminate that motion on the docket.  This minute order does not otherwise affect defendants' second motion to dismiss [Docket No. 29], which remains pending.

    Dated December 28, 2009.