IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01045-WJM-CBS

OLGA LEDEZMA,

     Plaintiff,

v.

JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security, and
MICHAEL AYTES, Acting Director, U.S. Citizenship and Immigration Services,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     THIS MATTER IS before the court on the parties' Joint Motion to Vacate (*doc #46*) filed March 4, 2011.  In light of the Stipulated Motion to Dismiss (*doc # 45*) filed March 4, 2011, IT IS HEREBY ORDERED that the Joint Motion to Vacate  (*doc #46*) is GRANTED.  The Settlement Conference currently scheduled for March 15, 2011 and the requirement that the parties submit Confidential Settlement Statements in preparation therefor are both VACATED.

**DATED:**    March 7, 2011