**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-01045-WJM-CBS

OLGA LEDEZMA,

      Plaintiff,

v.

JANET NAPOLITANO, Secretary, Department of Homeland Security;
ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services;

      Defendants.

_____

**ORDER DISMISSING ACTION WITH PREJUDICE**
_____

This matter is before the Court on the parties' Stipulated Motion to Dismiss Action (ECF No. 45).

The Court GRANTS the Stipulated Motion to Dismiss. It is ORDERED that all claims in the above-captioned case are hereby DISMISSED, WITH PREJUDICE. Each party shall bear his or her own costs and attorney's fees.

Dated this 24th day of March, 2011.

BY THE COURT:

_____
United States District Judge
